≜AO 442   (Rev. 10/03) Warrant for Arrest



**ORIGINAL**                                           **FILED**
                                              DISTRICT COURT OF GUAM

# UNITED STATES DISTRICT COURT

_____ District of _____ Guum   APR 1 1 2005

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.                                             **WARRANT FOR ARREST**

ERNEST Q. MUNA                  Case Number: Magistrate Case No. 05-00007

To: The United States Marshal
    and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest _____ERNEST Q. MUNA_____
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

   UNLAWFUL TAKING OF WILDLIFE AND ENTERING MILITARY PROPERTY

in violation of Title  16, U.S.C., Section 3372(a)(3)(A) and (4) and 18 U.S.C. § 7(3) and 13; and 18 U.S.C. § 1382

JOAQUIN V.E. MANIBUSAN, JR.                    /s/ Joaquin V.E. Manibusan
Name of Issuing Officer                        Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE                 APRIL 9, 2005   HAGATNA, GUAM
Title of Issuing Officer                       Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

   Anderson AFB

| DATE RECEIVED 4/9/05 | NAME AND TITLE OF ARRESTING OFFICER John Curry  CID USM | SIGNATURE OF ARRESTING OFFICER  /s/  CID USM |
| DATE OF ARREST 4/9/05 | | |

Case 1:05-mj-00007   Document 3   Filed 04/11/2005   Page 1 of 1