
FILED
DISTRICT COURT OF GUAM

APR 11 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>**HAROLD J. CRUZ** and<br>**ERNEST Q. MUNA,**<br><br>        Defendant. | MAGISTRATE CASE NO. 05-00007<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **HAROLD J. CRUZ** and **MARK SMITH** is appointed to represent defendant the defendant **ERNEST Q. MUNA**, in the above-entitled case.

Dated this 11TH day of April, 2005.



JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM