haroldcruzinf

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America



FILED
DISTRICT COURT OF GUAM
APR 12 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00007 |
|---|---|---|
| Plaintiff, | ) | **INFORMATION** |
| | ) | |
| | ) | UNLAWFUL TAKING OF WILDLIFE |
| | ) | [16 U.S.C. § 3372(a)(3)(A) and (4)] |
| vs. | ) | [18 U.S.C. §§ 7(3) & 13] (Count 1) |
| | ) | **(Misdemeanor)** |
| HAROLD J. CRUZ and | ) | ENTERING MILITARY PROPERTY |
| ERNEST Q. MUNA, | ) | [18 U.S.C. § 1382] (Count 2) |
| | ) | **(Misdemeanor)** |
| Defendants. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1 - UNLAWFUL TAKING, POSSESSION, OR TRANSPORTATION OF WILDLIFE**

On or about April 9, 2005, in the District of Guam, the defendants, HAROLD J. CRUZ and ERNEST Q. MUNA, at a place within the special maritime and territorial jurisdiction of the United States, namely Andersen Air Force Base, Guam, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and unlawfully attempt to possess wildlife, to wit: attempted taking of wildlife, deer or wild pigs with an artificial light in violation of Title 5, Guam Code Annotated, Section 63121 and 63125, all in violation of Title 16

1

United States Code, Section 3372(a)(3)(A) and (4) and Title 18, United States Code, Sections 7(3) and 13.

### COUNT 2 - ENTERING MILITARY PROPERTY

On or about April 9, 2005, in the District of Guam, the defendant, HAROLD J. CRUZ and ERNEST Q. MUNA, went upon a United States military reservation, to wit: Andersen Air Force Base, Guam, for a purpose prohibited by law or lawful regulation, that is, intending to engage in conduct in violation of Title 16, United States Code, Section 3372(a)(3)(A) and (4), and Title 5 Guam Code annotated, Section 63121 and 63125, in violation of Title 18 United States Code, Section 1382.

Dated this 11th day of April 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *[signature]*
JOSEPH TOCK
Special Assistant U.S. Attorney