haroldcruzdismiss

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 13 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS** |
| | ) **INFORMATION AND ORDER** |
| HAROLD J. CRUZ, and | ) |
| ERNEST Q. MUNA, | ) |
| Defendants. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above cause against defendants, HAROLD J.

//
//
//
//
//
//
//
//

CRUZ AND ERNEST Q. MUNA, be dismissed, for the reason that the defendants are charged through a Complaint on April 9, 2005.

Respectfully submitted this 12th day of April 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Joseph Tock
JOSEPH TOCK
Assistant U.S. Attorney

* * * * * O R D E R * * * * *

IT IS SO ORDERED this 13th day of April 2005.

JOAQUIN V.E MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED
APR 12 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM