THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Ernest Q. Muna*

FILED
DISTRICT COURT OF GUAM
APR 19 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: 05-00007 |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF MOTION FOR DISCOVERY** |
| HAROLD J. CRUZ and ERNEST Q. MUNA, ) | |
| Defendants. ) | |

**NOTICE OF MOTION FOR DISCOVERY**

**PLEASE TAKE NOTICE** that on the 7th day of June, 2005, at the hour of 10:00 a.m. or as soon thereafter this matter will be heard before the United States District Court for the Territory of Guam.

Dated this 19th day of April, 2005.

Respectfully submitted,

By: _____
MARK S. SMITH, ESQ.
Attorney for Defendant, *Ernest Q. Muna*