THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Ernest Q. Muna*

FILED
DISTRICT COURT OF GUAM
JUN - 7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: 05-00007 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION AND ORDER TO** |
| ) | **VACATE MOTION FOR DISCOVERY** |
| ) | **HEARING** |
| HAROLD J. CRUZ and ) | |
| ERNEST Q. MUNA, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER TO VACATE COURT HEARING

**COMES NOW** Defendant, Ernest Q. Muna, by and through his attorney, Mark S. Smith, Esq., and the United States, by and through, Special Assistant United States Attorney, Joseph Tock, Esq., and hereby stipulate and request that the hearing set for Defendant's Motion for Discovery scheduled on June 7, 2005 at 10:00 a.m. be taken-off calendar. Plaintiff is complying with discovery requests.

**SO STIPULATED:**

6/2/05
Date

MARK S. SMITH, ESQ.
Counsel for Defendant, *Ernest Q. Muna*

LEONARDO M. RAPADAS
United States Attorney

3 June 05   By: /s/ Joseph Tock
Date
JOSEPH TOCK, ESQ.
Special Assistant U.S. Attorney

### ORDER

**IT IS HEREBY ORDERED** that the Motion for Discovery in this matter is vacated.

**SO ORDERED** this 6/6/05

HONORABLE Martinez
~~Magistrate Judge~~ RICARDO S. MARTINEZ*
U.S. District Judge

*The Honorable Ricardo S. Martinez, United States District Court Judge for the Western District of Washington, sitting by designation.



RECEIVED
JUN - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM