ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN 14 2005
MARY L.M. MORAN
CLERK OF COURT

haroldcruzwit

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, | ) |
| vs. | ) **UNITED STATES WITNESS LIST** |
| HAROLD J. CRUZ and ERNEST Q. MUNA, | ) |
| Defendants. | ) |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of voir dire.

1. Jackson, Christopher D.
   SSgt, USAF
   36th Security Police Squadron, Andersen AFB, Guam

2. Rangel, Jason D.
   Amn, USAF
   36th Security Police Squadron, Andersen AFB, Guam

3. Tiamzon, Edgar Z.
   TSgt, USAF
   36th Security Police Squadron, Andersen AFB, Guam

4. Yi, Myong C.
   TSgt, USAF
   36th Security Police Squadron, Andersen AFB, Guam

5. Aguon, Mark J.
   Conservation Officer, Guam Department of Fish and Wildlife

| | | |
|---|---|---|
| 1 | 6. | Watson, Roger L.<br>Conservation Officer, Guam Department of Fish and Wildlife |
| 2 | | |
| 3 | 7. | Camacho, Jimmy B.<br>Conservation Officer, Guam Department of Fish and Wildlife |
| 4 | 8. | Guerrero, Karen<br>Records Custodian, Guam Police Department Firearms Records Section |


1
2    6.   Watson, Roger L.
          Conservation Officer, Guam Department of Fish and Wildlife

3    7.   Camacho, Jimmy B.
          Conservation Officer, Guam Department of Fish and Wildlife

4    8.   Guerrero, Karen
          Records Custodian, Guam Police Department Firearms Records Section
5
6    9.   John Gormley - or substitute plotter specialist
          Captain, USAF, Chief Geobase Systems
          36th ABW, Civil Engineer Squadron,
7
8    10.  Casey Odgen
          36th ABW, Civil Engineer Squadron

9    11.  Chad Umpeg
          Ssgt, USAF
10        36th ABW, Civil Engineer Squadron

11   12.  Gumataotao, Barbara
          Real Estate Specialist, 36 ABW Civil Engineer Squadron
12

13   Respectfully submitted this 14th day of June 2005.

14                                      LEONARDO M. RAPADAS
                                        United States Attorney
15                                      Districts of Guam and NMI

16                              By:     /s/ Joseph Tock
17                                      JOSEPH TOCK
                                        Special Assistant U.S. Attorney
18

2