ORIGINAL

THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
**Ernest Q. Muna**

FILED
DISTRICT COURT OF GUAM
JUN 14 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: 05-00007 |
| Plaintiff, ) | |
| vs. ) | NOTICE OF JOINDER |
| HAROLD J. CRUZ and ) ERNEST Q. MUNA, ) | |
| Defendants. ) | |

### JOINDER

**COMES NOW**, Defendant, Ernest Q. Muna, through his attorney of record, Mark S. Smith, Esq., and hereby joins Defendant Harold J. Cruz, Proposed Jury Instructions.

Defendant reserves the right to supplement the proposed jury instructions and to incorporate the U.S. Government's proposed jury instructions.

Dated this 14th day of June, 2005.

LAW OFFICES OF MARK S. SMITH

By: _____
**MARK S. SMITH, ESQ.**
Attorney for Defendant, **Ernest Q. Muna**