THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile:  (670) 477-8831

Attorney for Defendant,
*Ernest Q. Muna*

FILED
DISTRICT COURT OF GUAM
JUN 14 2005
MARY L.M. MORAN
CLERK OF COURT


IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: 05-00007 |
| Plaintiff, ) | |
| vs. ) | **DEFENDANT'S WITNESS LIST** |
| ) | **FOR PURPOSES OF VOIR DIRE ONLY** |
| HAROLD J. CRUZ and ) | |
| ERNEST Q. MUNA, ) | |
| Defendants. ) | |

In addition to those witnesses identified in the Government's witness list and those witnesses whose testimony may become relevant based on the government's case in chief, Defendant Ernest Q. Muna identifies the following:

1. Conservation Officer M.G. Villagomez

2. Conservation Officer P.C. Aguon

3. Conservation Officer R.M. Ragadio

4. Conservation Officer Sgt. J.B. Camacho

5. Victor Emsley

6. Charles Emsley

Criminal Cases\DistCourt\Ernest Muna
Def.Wit.List.Voir.Dire

7. Anthony Artero

8. Steven Cruz

9. Anthony Guerrero

10. Wayne Bigler

11. Rufo Lujan

12. Robert Aguero

13. Harold Cruz

Defendant reserves the right to supplement the witness list if any additional witness is discovered.

Dated this 14th day of June, 2004.

Respectfully submitted,

By: /s/ Mark S. Smith
MARK S. SMITH
Attorney for Defendant,
*Ernest Q. Muna*

Criminal Cases\DistCourt\Ernest Muna
Def.Wit.List.Voir.Dire