THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Ernest Q. Muna*

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: 05-00007 |
| Plaintiff, ) | |
| vs. ) | **DEFENDANT'S EXHIBIT LIST** |
| ) | **FOR PURPOSES OF VOIR DIRE ONLY** |
| HAROLD J. CRUZ and ) | |
| ERNEST Q. MUNA, ) | |
| Defendants. ) | |

**COMES NOW** Defendant, Ernest Q. Muna, through his undersigned counsel, Mark S. Smith, Esq., and hereby submits Defendant's Exhibit List and reserves the right to supplement said exhibit list.

Dated this 14th day of June, 2005.

Respectfully submitted

By: _____
**MARK S. SMITH**
Attorney for Defendant,
*Ernest Q. Muna*

United States of America vs. Harold J. Cruz and Ernest Q. Muna
Magistrate Case No. 05-00007

## DEFENDANT ERNEST Q. MUNA'S
## EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 1 | Incident Report by Sgt. J.B. Camacho dated 4-11-05 |
| 2 | Firearms Identification |
| 3 | Gun License |
| | |
| | |
| | |
| | |



Guam Conservation Officers
192 Dairy Road, Mangilao
Guam 96913
(671) 735-3989/3991
Fax (671) 734-6570

**Incident Report By**
Sgt. J. B. Camacho

IR-05-009
Date: 4-11-05
Page 1 of 1

On Monday, April 11 2005, at 10;30 am, Conservation Officers M.G.Villagomez, P.C. Aguon, R.M. Ragadio and I conducted a scene check along RT 3A by Ritidian Point pertaining to an arrest of two individuals arrested for illegal hunting on Friday, April 8 2005. We concentrated on the area where the two individuals were apprehended along the access road leading to Ritidian Point. A deer carcass, approximately 15-20 lbs was located along the access road by the posted sign about 500ft from the water tank. The carcass appeared to be about 4-6 days old. Photographs were taken of the carcass for our records. Also located during the scene check was a blue maglite found by the last known location where the second individual, Mr. Harold Cruz, was last seen fleeing to avoid apprehension. Photographs were also taken of the item and annotated on a custody receipt and was turned over to the property custodian for safekeeping.

Sgt. J. B. Camacho



