haroldcruzequip

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 15 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HAROLD J. CRUZ and<br>ERNEST Q. MUNA,<br><br>                Defendants. | MAGISTRATE CASE NO. 05-00007<br><br>**GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT; AND ORDER** |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning June 20, 2005.

RESPECTFULLY SUBMITTED this 14th day of June 2005.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By: _____
      JOSEPH TOCK
      Special Assistant U. S. Attorney

**APPROVED AND SO ORDERED** this 15th day of June 2005.

**RECEIVED**
JUN 14 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistriate Judge
District of Guam