**FILED**
DISTRICT COURT OF GUAM

JUN 15 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, | ) | |
| vs. | ) | |
| HAROLD CRUZ and ERNEST MUNA, | ) | **ORDER** |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference on Friday, June 17, 2005 at 11:00 a.m.

SO ORDERED this 15th day of June 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge