KIM SAVO
Assistant Federal Public Defender
400 Route 8, Suite 310
Mongmong, Guam 96927
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
HAROLD J. CRUZ



**FILED**
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MG 05-000007 |
| Plaintiff, | ) DEFENDANT'S WITNESS LIST; |
| vs. | ) CERTIFICATE OF SERVICE |
| HAROLD J. CRUZ, | ) |
| Defendant. | ) |

Pursuant to the order of this Court, Defendant hereby submits the following list of known possible witnesses for purposes of jury voir dire:

1. Anthony Artero

The above are the only witnesses now known and expected to be presented for the defense. Defendant Harold J. Cruz reserves the right to present other witnesses not now known, but

//

//

whose identity may become known after or during the presentation of the Government's case in chief.

DATED: Mongmong, Guam, June 16, 2005.

_____
KIM SAVO
Attorney for Defendant
HAROLD J. CRUZ

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on June 16, 2005:

JOSEPH TOCK
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, June 16, 2005.

_____
ALEXANDER A. MODABER
Investigator

KIM SAVO
Attorney for defendant
HAROLD J. CRUZ

3