IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
JUN 21 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00007**  **DATE: 06/21/2005**  **TIME: 9:06 a.m.**
***

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:06:05 - 10:36:03
10:40:00 - 10:40:20; 10:55:54 - 12:00:23; 1:27:47 - 3:17:25
3:31:34 - 4:25:00; 4:35:09 - 4:36:14; 4:40:19 - 4:40:43

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: HAROLD J. CRUZ**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.

**ATTY : KIM SAVO**
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**DEFT: ERNEST Q. MUNA**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.

**ATTY : MARK SMITH**
( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK

AGENT: JUSTIN OLIVER, CO-COUNSEL

U.S. PROBATION:

U.S. MARSHAL:

INTERPRETER: _____   ( ) SWORN   LANGUAGE: _____
( ) PREVIOUSLY SWORN

**DAY NO. 1 OF TRIAL**

( ) JURY TRIAL
( X ) COURT TRIAL
( ) JURY EMPANELED AND SWORN
( X ) OPENING STATEMENT BY THE  _X_ Plaintiff  _X_ Defense (Kim Savo)
( X ) WITNESSES SWORN AND EXAMINED    ( X ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)

( ) CLOSING ARGUMENT BY THE ____Plaintiff ____Defendant

( X ) TRIAL CONTINUED TO: June 22, 2005 at 9:30 A.M.
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____  ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____

( ) JURY POLLED   ( ) POLLING WAIVED   ( ) JURY DISCHARGED

( ) COURT FINDINGS: _____

( ) OTHER MATTER(s):

_____

COURTROOM DEPUTY: _____
L:\Docs\COURTROOM MINUTES\MG CRIMINAL MINUTES\MG-05-00007.wpd

END TIME: 4:40 p.m.

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

HAROLD J. CRUZ and ERNEST Q. MUNA

**EXHIBIT AND WITNESS LIST**

Case Number: MG-05-00007

| PRESIDING JUDGE JOAQUIN V.E. MANIBUSAN, JR. | | | PLAINTIFF'S ATTORNEY JOSEPH TOCK / JUSTIN OLIVER | | | DEFENDANT'S ATTORNEY KIM SAVO / MARK SMITH |
|---|---|---|---|---|---|---|
| HEARING DATE (S) JUNE 21, 2005 | | | COURT REPORTER WANDA MILES | | | COURTROOM DEPUTY VIRGINIA T. KILGORE |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | Governments Exhibits 1 through 32 admitted with the exception of Exhibits 28, 29 and 30 |
| | | | | | | Mr. Tock calls Officer Richard M. Ragadio as a witness (9:22:49) |
| | 1 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3 - Gov Property sign close-up |
| | 2 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3 - w/Gov Property sign, Rt. 3 |
| | 3 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3 - w/Gov Property Sign Rt. 3 |
| | 4 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3-3a intersection- w/Gov Property sign |
| | 5 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a-w/Gov Property sign and fence |
| | 6 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a-w/Gov Property sign and fence |
| | 7 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a-w/Gov Property sign and road bend |
| | 28 | | | 6/21/05 | | Map of Northwest Field showing Route 3 and 3A |
| | 7 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a-w/Gov Property sign and road bend |
| | 8 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a - w/Det 5 sign |
| | 9 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a - w/Gov Property sign on left side of road |
| | 10 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign |
| | 11 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/sign toward national wildlife refuge |
| | 29 | | | 6/21/05 | | Map of Northwest Field showing Points |
| | 12 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a-w/Property sign on road past wildlife refuge |
| | 13 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge |
| | 14 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/outcropping on left and sign holder by truck |
| | 29 | | | 6/21/05 | | Map of Northwest Field showing Points |
| | 14 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/outcropping on left and sign holder by truck |
| | 13 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge |
| | 18 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Richard Ragadio standing in jungle |
| | 16 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Richard Ragadio standing in jungle |
| | 17 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Log Barrier |
| | 21 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Jimmy Camacho in jungle pointing under log barrier |
| | 29 | | | 6/21/05 | | Map of Northwest Field showing Points |
| | 28 | | | 6/21/05 | | Map of Northwest Field showing Route 3 and 3A |
| | 29 | | | 6/21/05 | | Map of Northwest Field showing Points |
| | 14 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/outcropping on left and sign holder by truck |
| | | | | | | Witness identifies Defendant Ernest Q. Muna (10:02:48) |
| | 23 | | 6/21/05 | 6/21/05 | 6/21/05 | Muna's Black flashlight |
| | 22 | | 6/21/05 | 6/21/05 | 6/21/05 | Cruz's Blue flashlight (photograph) |
| | 22a | | 6/21/00 | 6/21/05 | 6/21/05 | Cruz's Blue flashlight (Physical evidence) |
| | | | | | | CX by Ms. Savo (10:13:29) |

Page -1-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 29 | | | 6/21/05 | | Map of Northwest Field showing Points |
| | 14 | | | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/outcropping on left and sign holder by truck |
| | | | | | | **CX by Mr. Smith (10:21:06)** |
| | 1 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3 - Gov Property sign close-up |
| | 11 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/sign toward national wildlife refuge |
| | 9 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a - w/Gov Property sign on left side of road |
| | 11 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/sign toward national wildlife refuge |
| | 9 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a - w/Gov Property sign on left side of road |
| | 1 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3 - Gov Property sign close-up |
| | 9 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a - w/Gov Property sign on left side of road |
| | | | | | | **Re-Dx by Mr. Tock (10:56:30)** |
| | 9 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a - w/Gov Property sign on left side of road |
| | 14 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/outcropping on left and sign holder by truck |
| | | | | | | **Re-Cx by Ms. Savo (11:07:32)** |
| | 9 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a - w/Gov Property sign on left side of road |
| | 29 | | | 6/21/05 | | Map of Northwest Field showing Points |
| | 14 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/outcropping on left and sign holder by truck |
| | | | | | | **Re-Cx by Mr. Smith (11:10:39)** |
| | | | | | | Witness excused and subject to recall (11:12:12) |
| | | | | | | **Mr. Tock calls Officer Mark J.D. Aguon as a witness (11:12:27)** |
| | 29 | | | 6/21/05 | | Map of Northwest Field showing Points |
| | 14 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/outcropping on left and sign holder by truck |
| | 30 | | | 6/21/05 | | Map of Northwest Field showing Apprehension Locations |
| | | | | | | **CX by Ms. Savo (11:35:53)** |
| | 8 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Det 5 sign |
| | 11 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/sign toward national wildlife refuge |
| | 12 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign on road past wildlife refuge |
| | | | | | | **Cx by Mr. Smith (11:53:29)** |
| | 11 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/sign toward national wildlife refuge |
| | | | | | | **BREAK (12:00:23)** |
| | | | | | | **Trial resumes (1:27:47)** |
| | | | | | | **Re-Dx by Mr. Tock (Officer Mark J.D. Aguon)** |
| | 12 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign on road past wildlife refuge |
| | 10 | | 6/21/05 | | 6/21/05 | Photograph Rt 3a- w/Gov Property sign |
| | | 16 | 6/21/05 | | 6/21/05 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Richard Ragadio standing in jungle |
| | | 15 | 6/21/05 | | 6/21/05 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Richard Ragadio standing at edge |
| | 14 | | 6/21/05 | | 6/21/05 | Photograph Rt 3a- w/outcropping on left and sign holder by truck |
| | | 18 | 6/21/05 | | 6/21/05 | Photograph Rt 3a- Gov Property sign past wildlife refuge Richard Ragadio standing in jungle |
| | 11 | | 6/21/05 | | 6/21/05 | Photograph Rt 3a- w/sign |
| | | | | | | **Re-Cx by Ms. Savo (1:34:58)** |
| | | | | | | **Re-Cx by Mr. Smith (1:36:29)** |
| | | | | | | Witness excused and subject to recall |
| | | | | | | **Mr. Tock calls Casey Ogden as a witness (1:38:28)** |
| | 28 | | | 6/21/05 | | Map of Northwest Field showing Route 3 and 3A |
| | 29 | | | 6/21/05 | | Map of Northwest Field showing Points |
| | 30 | | | 6/21/05 | | Map of Northwest Field showing Apprehension Locations |
| | | | | | | **Mr. Tock moves to admit Exhibits 28, 29 and 30. No objections. GRANTED.** |
| | | | | | | **Cx by Ms. Savo (1:47:00)** |
| | 30 | | 6/21/05 | 6/21/05 | 6/21/05 | Map of Northwest Field showing Apprehension Locations |
| | 29 | | 6/21/05 | 6/21/05 | 6/21/05 | Map of Northwest Field showing Points |

PRESIDING JUDGE: JOAQUIN V.E. MANIBUSAN, JR.
PLAINTIFF'S ATTORNEY: JOSEPH TOCK / JUSTIN OLIVER
DEFENDANT'S ATTORNEY: KIM SAVO / MARK SMITH
HEARING DATE(S): JUNE 21, 2005
COURT REPORTER: WANDA MILES
COURTROOM DEPUTY: VIRGINIA T. KILGORE

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOAQUIN V.E. MANIBUSAN, JR. | JOSEPH TOCK / JUSTIN OLIVER | KIM SAVO / MARK SMITH |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| JUNE 21, 2005 | WANDA MILES | VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Witness excused (1:55:59) |
| | | | | | | **Mr. Tock called Officer Roger Watson as a witness (1:56:00)** |
| | 29 | | 6/21/05 | 6/21/05 | 6/21/05 | Map of Northwest Field showing Points |
| | | | | | | Objection by Ms. Savo - hearsay |
| | | | | | | Rebuttal Argument by Mr. Tock |
| | | | | | | Objection Overruled |
| | 24 | | 6/21/05 | 6/21/05 | 6/21/05 | Muna's 12 Gauge Shotgun - Handed to the witness (2:04:48) |
| | 27 | | 6/21/05 | 6/21/05 | 6/21/05 | Shotgun shells - Handed to the witness |
| | | | | | | End of DX (2:10:22) |
| | | | | | | **CX by Ms. Savo (2:10:28)** |
| | | | | | | **CX by Mr. Smith (2:13:13)** |
| | | | | | | End of CX 2:22:56 |
| | | | | | | **Re-Dx by Mr. Tock (2:22:58)** |
| | | | | | | **Re-Cx by Mr. Smith (2:27:39)** |
| | | | | | | Requested the Court to show witness rules and regulations re wildlife |
| | | | | | | Objection by Mr. Tock |
| | | | | | | Objection Overruled |
| | | | | | | **Side Bar (2:32:36)** |
| | | | | | | End Side Bar (2:35:50) |
| | | | | | | End of Re-Cx (2:35:57) |
| | | | | | | Witness Excused |
| | | | | | | **Mr. Oliver called Officer Jimmy B. Camacho as a witness (2:36:34)** |
| | 32 | | 6/21/05 | 6/21/05 | 6/21/05 | Picture of Deer Carcass (1) |
| | 31 | | 6/21/05 | 6/21/05 | 6/21/05 | Picture of Deer Carcass (2) |
| | 13 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge |
| | 22a | | 6/21/05 | 6/21/05 | 6/21/05 | Cruz's Blue flashlight (physical evidence) |
| | 22 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph of Blue flashlight |
| | | | | | | End of DX (2:49:48) |
| | | | | | | **Cx by Ms. Savo (2:49:51)** |
| | 29 | | 6/21/05 | 6/21/05 | 6/21/05 | Map of Northwest Field showing Points |
| | | | | | | Witness handed copy of the report written by him (3:01:42) |
| | | | | | | End of Cx (3:06:00) |
| | | | | | | **Cx by Mr. Smith (3:06:12)** |
| | 29 | | 6/21/05 | 6/21/05 | 6/21/05 | Map of Northwest Field showing Points |
| | 28 | | 6/21/05 | 6/21/05 | 6/21/05 | Map of Northwest Field showing Route 3 and 3A |
| | | | | | | End of Cx 3:12:28 |
| | | | | | | Re-Dx by Mr. Oliver (3:12:38) |
| | 20 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Jimmy Camacho standing in jungle pointing |
| | 21 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Jimmy Camacho in jungle pointing under log barrier |
| | | | | | | End of Re-Dx (3:15:11) |
| | | | | | | **Re-Cx by Ms. Savo (3:15:13)** |
| | | | | | | End of Re-Cx (3:16:00) |
| | | | | | | **Break 3:17:25** |
| | | | | | | Trial resumes (3:31:34) |
| | | | | | | **Government rested ( 3:31:49)** |
| | | | | | | Ms. Savo moves for a Rule 29 motion - Motion for a judgment of acquittal based on insufficient evidence |
| | | | | | | Defendant Muna joins in the motion (3:32:33) |
| | | | | | | **Court DENIED the motion** |
| | | | | | | Mr. Smith - no opening statement |
| | | | | | | **Ms. Savo calls Harold Cruz as a witness (3:32:49)** |

Page -3-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Mr. Tock objected for hearsay |
| | | | | | | Rebuttal argument |
| | | | | | | Objection sustained |
| | 29 | | 6/21/05 | 6/21/05 | 6/21/05 | Map of Northwest Field showing Points |
| | 14 | | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a- w/outcropping on left and sign holder by truck |
| | | | | | | End of Dx   (3:55:30) |
| | | | | | | **Cx by Mr. Tock (3:55:55)** |
| | | 1 | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3 - Gov Property sign close-up |
| | | 5 | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a-w/Gov Property sign and fence |
| | | 8 | 6/21/05 | 6/21/05 | 6/21/05 | Photograph Rt 3a - w/Det 5 sign |
| | | 3 | 6/21/05 | xxxx | 6/21/05 | Photograph Rt 3 - w/Gov Property Sign Rt. 3 |
| | | 11 | 6/21/05 | xxxx | 6/21/05 | Photograph Rt 3a- w/sign toward national wildlife refuge |
| | | 14 | 6/21/05 | xxxx | 6/21/05 | Photograph Rt 3a- w/outcropping on left and sign holder by truck |
| | | | | | | Witness excused 4:08:29 |
| | | | | | | **Ms. Savo calls Mr. Anthony Artero as a witness   (4:08:41)** |
| | 28 | | 6/21/05 | 6/21/05 | 6/21/05 | Map of Northwest Field showing Route 3 and 3A |
| | | | | | | End of Dx 4:17:40 |
| | | | | | | Witness Excused (4:17:49) |
| | | | | | | **Mr. Smith calls Charles Roy Emsley as a witness (4:18:00)** |
| | | | | | | Objection by Mr. Tock - no relevancy |
| | | | | | | Overruled |
| | | | | | | Side Bar   (4:22:29 - 4:24:44) |
| | | | | | | Break   (4:25:00) |
| | | | | | | Request witness be excused (4:35:09) |
| | | | | | | Side Bar (4:36:25) |
| | | | | | | **Court will reconvene tomorrow at 9:30 a.m.   (4:40:43)** |