IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**
**BENCH TRIAL**

FILED
DISTRICT COURT OF GUAM
JUN 22 2005
MARY L.M. MORAN
CLERK OF COURT

(36)

**CASE NO. MG-05-00007**　　　**DATE: 06/22/2005**　　　**TIME: 9:31 a.m.**

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**　　Law Clerk: Judith Hattori
Court Reporter: Wanda Miles　　Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:31:59 - 9:38:02　　CSO: B. Pereda / J. Lizama
9:42:30 - 10:16:46; 10:37:31 - 11:06:31
Closing: 11:22:13 - 12:01:57; 1:29:29 - 2:33:14

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: HAROLD J. CRUZ**　　　　　　　　　　**ATTY : KIM SAVO**
( X ) PRESENT　( ) CUSTODY　( X ) BOND　( ) P.R.　　　　( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**DEFT: ERNEST Q. MUNA**　　　　　　　　　　**ATTY : MARK SMITH**
( X ) PRESENT　( ) CUSTODY　( X ) BOND　( ) P.R.　　　　( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: JOSEPH TOCK**　　　　　　　**AGENT: JUSTIN OLIVER, CO-COUNSEL**

**U.S. PROBATION:**　　　　　　　　　　　　　**U.S. MARSHAL:**

**DAY NO. 2 OF TRIAL**

( ) JURY TRIAL
( X ) COURT TRIAL
( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE ___Plaintiff ___Defense
( X ) WITNESSES SWORN AND EXAMINED　　　　　( X ) EXHIBITS MARKED AND ADMITTED
　　SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)

( X ) CLOSING ARGUMENT BY THE　_X_ Plaintiff (Mr. Tock)
( X ) CLOSING ARGUMENTS BY THE　_X_ Defense

( ) TRIAL CONTINUED TO: _____ at _____
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____　　( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____

( ) JURY POLLED　( ) POLLING WAIVED　( ) JURY DISCHARGED

( ) COURT FINDINGS: _____
( ) OTHER MATTER(s): _____

**NOTES: Mr. Smith called Defendant Ernest Q. Muna as a witness. The Court advised Mr. Muna that he may invoke his Fifth Amendment right against self-incrimination.**

**Court will issue a written ruling.**

COURTROOM DEPUTY: _____
L:\Docs\COURTROOM MINUTES\MG CRIMINAL MINUTES\MG-05-00007-Day 2.wpd

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| HAROLD J. CRUZ ND ERNEST Q. MUNA | Case Number: MG-05-00007 |

| PRESIDING JUDGE<br>JOAQUIN V.E. MANIBUSAN, JR. | PLAINTIFF'S ATTORNEY<br>JOSEPH TOCK / JUSTIN OLIVER | DEFENDANT'S ATTORNEY<br>KIM SAVO / MARK SMITH |
|---|---|---|
| HEARING DATE (S)<br>JUNE 22, 2005 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Mr. Smith calls Mr. Ernest Q. Muna as a witness (9:35:32)** |
| | 29 | | 6/22/05 | 6/22/05 | 6/21/05 | Map of Northwest Field showing Points |
| | | | | | | Side Bar (9:38:02 - 9:42:22) |
| | | 4 | 6/22/05 | 6/22/05 | 6/22/05 | Cocunut trap 1 |
| | | 5 | 6/22/05 | 6/22/05 | 6/22/05 | Coconut trap 2 |
| | | 6 | 6/22/05 | 6/22/05 | 6/22/05 | Coconut Crab contained in bucket |
| | | | | | | **Exhibits 4, 5 and 6 Admitted.** |
| | 29 | | 6/22/05 | 6/22/05 | 6/21/05 | Map of Northwest Field showing Points |
| | 14 | | 6/22/05 | 6/22/05 | 6/21/05 | Photograph Rt 3a- w/outcropping on left and sign holder by truck |
| | 28 | | 6/22/05 | 6/22/05 | 6/21/05 | Map of Northwest Field showing Route 3 and 3A |
| | 29 | | 6/22/05 | 6/22/05 | 6/21/05 | Map of Northwest Field showing Points |
| | 23 | | 6/22/05 | 6/22/05 | 6/21/05 | Muna's Black flashlight |
| | 24 | | 6/22/05 | 6/22/05 | 6/21/05 | Muna's 12 Gauge Shotgun - Shown to the witness |
| | 14 | | 6/22/05 | 6/22/05 | 6/21/05 | Photograph Rt 3a- w/outcropping on left and sign holder by truck |
| | 1 | | 6/22/05 | 6/22/05 | 6/21/05 | Photograph Rt 3 - Gov Property sign close-up |
| | 12 | | 6/22/05 | 6/22/05 | 6/21/05 | Photograph Rt 3a-w/Property sign on road past wildlife refuge |
| | | | | | | End of DX |
| | | | | | | **Cx by Ms. Savo (10:03:56)** |
| | | | | | | End of Cx (10:05:09) |
| | | | | | | **Cx by Mr. Tock (10:05:11)** |
| | 4 | | 6/22/05 | | 6/21/05 | Photograph Rt 3-3a intersection- w/Gov Property sign |
| | 3 | | 6/22/05 | 6/22/05 | 6/21/05 | Photograph Rt 3 - w/Gov Property Sign Rt. |
| | 13 | | 6/22/05 | 6/22/05 | 6/21/05 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge |
| | 9 | | 6/22/05 | 6/22/05 | 6/2/105 | Photograph Rt 3a - w/Gov Property sign on left side of road |
| | 29 | | 6/22/05 | 6/22/05 | 6/21/05 | Map of Northwest Field showing Points |
| | | | | | | Witness excused (10:15:48) |
| | | | | | | Defense Rests |
| | | | | | | **Stipulation by parties that there was not a full moon on the night in question.** |
| | | | | | | Defense counsel for Mr. Cruz Rests |

| PRESIDING JUDGE<br>JOAQUIN V.E. MANIBUSAN, JR. | | | | | PLAINTIFF'S ATTORNEY<br>JOSEPH TOCK / JUSTIN OLIVER | DEFENDANT'S ATTORNEY<br>KIM SAVO / MARK SMITH |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>JUNE 22, 2005 | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | Mr. Tock stated offered two rebuttal witnesses. Officer Aguon and Officer Camacho.<br>Defense counsel Savo requested for an offer of proof.<br>Mr. Tock and Mr. Oliver argued their position.<br>Mr. Tock proposed a stipulation as to the location of the deer and continuing to the blue box on Government's Exhibit No. 30 and along 3A, 30 yards on each side of the road, traveling to the area where the spotlights were sited and that there was no blue bag, tape or evidence of crab traps. Ms. Savo and Mr. Smith stipulated with the exception of the crab traps. |
| | | | | | | **Mr. Tock calls Officer Mark J.D. Aguon as a rebuttal witness (10:55:03)** |
| | 28 | | 6/22/05 | 6/22/05 | 6/21/05 | Map of Northwest Field showing Route 3 and 3A |
| | | | | | | End of Dx |
| | | | | | | **Cx by Mr. Smith   (10:59:55)** |
| | | | | | | End of Cx |
| | | | | | | Witness Excused (11:02:50) |
| | | | | | | **Mr. Oliver calls Officer Jimmy D. Camacho as a witness (11:03:00)** |
| | | | | | | End of Dx |
| | | | | | | Witness Excused |
| | | | | | | *Government Rests on Rebuttal (11:05:53)* |
| | | | | | | 11:06:31   (15 minute break) |
| | | | | | | *Closing by Mr. Tock   (11:22:18)w* |
| | | | | | | *Closing by Ms Savo   (1:29:44)* |
| | | | | | | *Closing by Mr. Smith (2:00:13)* |
| | | | | | | *Rebuttal Closing by Mr. Tock   (2:10:03)* |
| | | | | | | **Court to issue a written ruling (2:33:14)** |