# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

**FILED**
DISTRICT COURT OF GUAM
JUN 29 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

**HAROLD J. CRUZ**

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: MG-05-00007-001

    The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

**Joaquin V. E. Manibusan, Jr., Magistrate Judge**
Name and Title of Judge

June 29, 2005
Date