

**FILED**
DISTRICT COURT OF GUAM

SEP 2 0 2005

**MARY L.M. MORAN**
CLERK OF COURT

**CASE NO. CR-05-00007-002**          **DATE: 09/20/2005**

......................................................................................................................................

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
Court Recorder: Jamie Phelps
Hearing Electronically Recorded: 9:58:03 - 10:10:54

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Benavente

* * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: ERNEST Q. MUNA**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.

**ATTY: MARK SMITH**
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: STEPHEN CHIAPPETTA

AGENT: JUSTIN OLIVER

U.S. PROBATION: STEVE GUILLIOT

U.S. MARSHAL: W. GRAY

INTERPRETER: _____

LANGUAGE: _____

......................................................................................................................................

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____

    Base offense level:                Total offense level:            Criminal History Category:

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Parties adopted the presentence investigation report. Government counsel stated that he believes that Mr. Muna has not been officially barred from entering the base, however, there is a procedure that he will need to follow in order to gain access. He further stated that the base commander will have the final determination.

Case 1:05-mj-00007   Document 41   Filed 09/20/2005   Page 1 of 2

SENTENCE:   MG-05-00007-002                DEFENDANT:   ERNEST Q. MUNA

( X )   DEFENDANT SENTENCED TO PROBATION FOR A TERM OF  TWO YEARS.

( X )   COURT RECOMMENDATION TO THE VARIOUS BASE COMMANDING OFFICERS FOR DEFENDANT TO ENTER
        MILITARY ESTABLISHMENTS SOLELY FOR THE PURPOSE OF ENJOYING HIS RETIREE BENEFITS.

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1.   DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, AND LOCAL CRIMES.

2.   DEFENDANT SHALL NOT USE OR POSSESS ANY UNLAWFUL CONTROLLED SUBSTANCES.

3.   THE MANDATORY DRUG CONDITION FOR THE DEFENDANT IS SUSPENDED BASED ON THE COURT'S
     DETERMINATION THAT THE DEFENDANT POSES A LOW RISK OF SUBSTANCE ABUSE.

4.   DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATION AS SET FORTH BY THE
     U.S. PROBATION OFFICE.

5.   DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

6.   DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S.
     PROBATION OFFICE.

7.   DEFENDANT SHALL PERFORM 300 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S.
     PROBATION OFFICE.

       IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT
FEE OF $10.00 AND A FINE OF $50.00 IMMEDIATELY AFTER SENTENCING.

       COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED.  DEFENDANT ADVISED OF HIS APPEAL
RIGHTS.

