**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

FILED
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>ERNEST Q. MUNA<br>    Defendant. | MAGISTRATE CASE NO. 05-00007-002<br><br>APPLICATION AND ORDER FOR RELEASE OF GUAM FIREARM IDENTIFICATION CARD |

COMES NOW, U.S. Probation Officer Judy Anne L. Ocampo, in the above-captioned case and requests for the release of the Guam Firearm Identification Card, No. F 79-2471(M), held by the Court as a condition of the defendant's release on bond.

Dated this 21st day of September 2005.

_____
JUDY ANNE L. OCAMPO
U.S. Probation Officer

**ORDER**

On the application of U.S. Probation Officer Judy Anne L. Ocampo, Clerk of Court is hereby ordered to release the Guam Firearm Identification Card, No. F 79-2471(M), belonging to the defendant, Ernest Q. Muna.

Dated this 22nd day of September 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

