# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    vs.<br><br>Ernest Q. Muna,<br><br>        Defendant. | Case No. 1:05-mj-00007-002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry filed September 27, 2005 and Judgment filed September 22, 2005*, on the dates indicated below:

| U.S. Attorney's Office | Mark Smith | U.S. Probation Office | U.S. Marshal Service |
|---|---|---|---|
| *September 28, 2005* | *September 28, 2005* | *September 28, 2005 (Judgment Only)* | *September 28, 2005 (Judgment Only)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Entry filed September 27, 2005 and Judgment filed September 22, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 28, 2005                                   /s/ Marilyn B. Alcon
                                                                            Deputy Clerk