PROB 34
(3/07)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERNEST QUINATA MUNA | MAGISTRATE CASE NO. 05-00007-002 |

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **September 19, 2007**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: Joseph Tock, AUSA
    Mark Smith, Defense Counsel
    File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.